UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
EDWARDS, DANIEL BURNS                 §    Case No. 9-11-bk-22466-FMD
                                      §
                 Debtor(s)            §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DIANE L. JENSEN_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-22466   FMD   Judge: Caryl E. Delano | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | EDWARDS, DANIEL BURNS | Date Filed (f) or Converted (c): | 12/08/11 (f) |
| | | 341(a) Meeting Date: | 01/18/12 |
| For Period Ending: | 06/19/14 | Claims Bar Date: | 04/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 40 Annapolis Lane, Rotonda West | 90,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 20.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNT(s) | 180.00 | 0.00 | | 0.00 | FA |
| 4. FURNITURE; HH GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHING | 50.00 | 0.00 | | 0.00 | FA |
| 6. 2007 Chevy Pick Up LT | 9,300.00 | 2,570.00 | | 2,060.04 | FA |
| 7. 2007 19'6 Seapro | 12,000.00 | 0.00 | | 0.00 | FA |
| 8. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. TAX REFUND (u) | Unknown | 3,097.68 | | 3,306.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.05 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $112,550.00    $5,667.68    $5,366.09    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/19/14: Final report filed.

Will file Final Report as soon as possible 1/25/13 Debtor(s) repurchasing non-exempt assets.  Last payment due 2/10/13;

also submitted Order and request to cancel 2/21 hearing 2/16/12. Do L in response to exemption L 2/13/12. O/E and do IRS

L 1/18/12.

Initial Projected Date of Final Report (TFR): 01/20/14    Current Projected Date of Final Report (TFR): 12/23/14

p

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-22466 -FMD | | Trustee Name: | DIANE L. JENSEN |
| --- | --- | --- | --- | --- |
| Case Name: | EDWARDS, DANIEL BURNS | | Bank Name: | Bank of Kansas City |
| | | | Account Number / CD #: | *******2288 Checking Account |
| Taxpayer ID No: | *******8997 | | | |
| For Period Ending: | 06/19/14 | | Blanket Bond (per case limit): | $ 750,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/13/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 3,776.92 | | 3,776.92 |
| 07/05/12 | 6 | DANIEL EDWARDS #985035 | REPURCHASE Order Doc #35 | 1129-000 | 171.67 | | 3,948.59 |
| 07/16/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 2.37 | 3,946.22 |
| 08/02/12 | 6 | DANIEL EDWARDS #985042 | REPURCHASE Order Doc #35 | 1129-000 | 171.67 | | 4,117.89 |
| 08/14/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 4.48 | 4,113.41 |
| 09/11/12 | 6 | DANIEL EDWARDS #985055 | REPURCHASE Order Doc #35 | 1129-000 | 171.67 | | 4,285.08 |
| 09/17/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 4.69 | 4,280.39 |
| 09/28/12 | 6 | DANIEL EDWARDS #985059 | REPURCHASE Order Doc. #35 | 1129-000 | 171.67 | | 4,452.06 |
| 10/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 4.67 | 4,447.39 |
| 11/05/12 | 6 | DANIEL EDWARDS #985067 | REPURCHASE Order Doc #35 | 1129-000 | 171.67 | | 4,619.06 |
| 11/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 5.09 | 4,613.97 |
| 12/06/12 | 6 | DANIEL EDWARDS #985076 | REPURCHASE Order Doc #35 | 1129-000 | 171.67 | | 4,785.64 |
| 12/14/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 5.08 | 4,780.56 |
| 12/31/12 | 6 | DANIEL EDWARDS #985082 | REPURCHASE Order Doc #35 | 1129-000 | 171.67 | | 4,952.23 |
| 01/16/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 5.43 | 4,946.80 |
| 01/17/13 | 6 | DANIEL EDWARDS #985084 | REPURCHASE Order Doc #35 | 1129-000 | 171.67 | | 5,118.47 |
| 02/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 5.74 | 5,112.73 |
| 03/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 6.87 | 5,105.86 |
| 04/12/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 7.59 | 5,098.27 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEES | 2600-000 | | 10.00 | 5,088.27 |

Page Subtotals   5,150.28   62.01

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 18.00a

p

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-22466 -FMD | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | EDWARDS, DANIEL BURNS | Bank Name: | Bank of Kansas City |
| | | Account Number / CD #: | *******2288  Checking Account |
| Taxpayer ID No: | *******8997 | | |
| For Period Ending: | 06/19/14 | Blanket Bond (per case limit): | $   750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,078.27 |
| 06/28/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,068.27 |
| 07/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,058.27 |
| 08/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,048.27 |
| 09/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,038.27 |
| 10/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,028.27 |
| 11/29/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,018.27 |
| 12/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,008.27 |
| 01/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,998.27 |
| 02/28/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,988.27 |
| 03/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,978.27 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,150.28 | 172.01 | 4,978.27 |
| Less:  Bank Transfers/CD's | 3,776.92 | 0.00 | |
| Subtotal | 1,373.36 | 172.01 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,373.36 | 172.01 | |

Page Subtotals            0.00            110.00

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-22466 -FMD | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | EDWARDS, DANIEL BURNS | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******6459  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8997 | | |
| For Period Ending: | 06/19/14 | Blanket Bond (per case limit): | $ 750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/12 | 6 | Daniel Edwards #985004 | REPURCHASE | 1129-000 | 171.67 | | 171.67 |
| | | | Order Doc #35 | | | | |
| 04/05/12 | 6 | DANIEL EDWARDS #985011 | REPURCHASE | 1129-000 | 171.67 | | 343.34 |
| | | | Order Doc #35 | | | | |
| 04/24/12 | 9 | U.S. TREASURY #3151-55149387 | REPURCHASE | 1224-000 | 3,306.00 | | 3,649.34 |
| | | | Order Doc #35 | | | | |
| 04/30/12 | 10 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 3,649.35 |
| 04/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.04 | 3,648.31 |
| 05/03/12 | 6 | Daniel Edwards #985017 | REPURCHASE | 1129-000 | 171.67 | | 3,819.98 |
| | | | Order Doc #35 | | | | |
| 05/04/12 | 000101 | DANIEL BURNS EDWARDS | EXEMPT PORTION OF ASSET | 8500-000 | | 208.32 | 3,611.66 |
| | | PO BOX 551 | $3,306.00 - full amount of asset | | | | |
| | | PLACIDA, FL  33946 | - 3,097.68 - bankruptcy estate's portion | | | | |
| 05/31/12 | 10 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,611.69 |
| 05/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 4.66 | 3,607.03 |
| 06/06/12 | 6 | DANIEL EDWARDS #985026 | REPURCHASE | 1129-000 | 171.67 | | 3,778.70 |
| | | | Order Doc #35 | | | | |
| 06/13/12 | 10 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 3,778.71 |
| 06/13/12 | | Bank of America | BANK FEES | 2600-000 | | 1.79 | 3,776.92 |
| | | 901 Main Street | | | | | |
| | | 10th Floor | | | | | |
| | | Dallas, TX  75283 | | | | | |
| 06/13/12 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 3,776.92 | 0.00 |

Page Subtotals    3,992.73    3,992.73

p

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 11-22466 -FMD | | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|---|
| Case Name: | EDWARDS, DANIEL BURNS | | Bank Name: | Bank of America |
| | | | Account Number / CD #: | *******6459  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8997 | | | |
| For Period Ending: | 06/19/14 | | Blanket Bond (per case limit): | $  750,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,992.73 | 3,992.73 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 3,776.92 | |
| | | | Subtotal | | 3,992.73 | 215.81 | |
| | | | Less: Payments to Debtors | | | 208.32 | |
| | | | Net | | 3,992.73 | 7.49 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********2288 | 1,373.36 | 172.01 | 4,978.27 |
| Money Market Account (Interest Earn - ********6459 | 3,992.73 | 7.49 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 5,366.09 | 179.50 | 4,978.27 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 18.00a

| | | EXHIBIT A | | |
|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | Date: July 16, 2014 |

Case Number:  11-22466  
Debtor Name:  EDWARDS, DANIEL BURNS

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7-1 050 4110-00 | SunTrust Mortgage Inc. 1001 Semmes Avenue Richmond, VA 23224 | Secured | | $77,011.00 | $0.00 | $77,011.00 |
| | Subtotal For Claim Type 4110-00  Real Estate - Consensual Liens | | | $77,011.00 | $0.00 | $77,011.00 |
| 5-1 050 4120-00 | Charlotte County Utilities PO Box 516000 Punta Gorda, FL 33951 | Secured | | $180.11 | $0.00 | $180.11 |
| | Subtotal For Claim Type 4120-00  Real Estate - Non Consensual | | | $180.11 | $0.00 | $180.11 |
| 2-1 050 4210-00 | Onyx Acceptance Corp, c/o Ascension Capital Group P.O. Box 201347 Arlington, TX 76006 | Secured | | $5,556.14 | $0.00 | $5,556.14 |
| | Subtotal For Claim Type 4210-00  Personal Prop & Intang - | | | $5,556.14 | $0.00 | $5,556.14 |
| 1-1 070 7100-00 | Credit First NA PO Box 818011 Cleveland OH 44181 | Unsecured | | $706.82 | $0.00 | $706.82 |
| 3-1 070 7100-00 | Regions Bank Consumer Collections BH40402B P. O. Box 10063 Birmingham, AL 35202-0063 | Unsecured | | $1,068.19 | $0.00 | $1,068.19 |
| 4-1 070 7100-00 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $7,546.79 | $0.00 | $7,546.79 |
| 6-1 070 7100-00 | Regions Bank 63-0371391 PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | | $6,999.45 | $0.00 | $6,999.45 |
| 7-1 070 7100-00 | SunTrust Mortgage Inc. 1001 Semmes Avenue Richmond, VA 23224 | Unsecured | | $37,100.57 | $0.00 | $37,100.57 |
| 8-1 070 7100-00 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Unsecured | | $1,967.28 | $0.00 | $1,967.28 |
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $55,389.10 | $0.00 | $55,389.10 |
| 9-1 080 7200-00 | Capital One, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $1,027.73 | $0.00 | $1,027.73 |
| | Subtotal For Claim Type 7200-00  Tardy General Unsecured 726(a)(3) | | | $1,027.73 | $0.00 | $1,027.73 |
| | Case Totals: | | | $139,164.08 | $0.00 | $139,164.08 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 9-11-bk-22466-FMD
Case Name: EDWARDS, DANIEL BURNS
Trustee Name: DIANE L. JENSEN

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2-1 | Onyx Acceptance Corp, c/o Ascension Capital Group | $ | $ | $ | $ |
| 5-1 | Charlotte County Utilities | $ | $ | $ | $ |
| 7-1 | SunTrust Mortgage Inc. | $ | $ | $ | $ |

Total to be paid to secured creditors                                 $_____

Remaining Balance                                                           $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DIANE L. JENSEN | $ | $ | $ |
| Trustee Expenses: DIANE L. JENSEN | $ | $ | $ |
| Attorney for Trustee Fees: DIANE L. JENSEN | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-1 | Credit First NA | $ | $ | $ |
| 3-1 | Regions Bank | $ | $ | $ |
| 4-1 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 6-1 | Regions Bank 63-0371391 | $ | $ | $ |
| 8-1 | Midland Funding LLC | $ | $ | $ |
| 7-1 | SunTrust Mortgage Inc. | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                                                      $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9-1 | Capital One, N.A. | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance        $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE